IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **BARBARA FRYE** | **PLAINTIFF** |
| v. Case No. 4:21-cv-1173-KGB | |
| **NOVARTIS PHARMACEUTICALS CORPORATION** | **DEFENDANT** |

## ORDER

Before the Court is plaintiff Barbara Frye and defendant Novartis Pharmaceuticals Corporation's ("Novartis") joint motion to stay proceedings pending resolution of motion to dismiss (Dkt. No. 32). On January 18, 2022, Novartis filed a motion to dismiss Ms. Frye's complaint (Dkt. No. 6). Novartis also filed a motion for hearing on the pending motion (Dkt. No. 10). In their motion, the parties represent that Novartis' motion to dismiss could potentially dispose of this case and thereby preserve the Court's time and resources (Dkt. No. 32, ¶ 1). The parties state that no prejudice would result from a stay in this matter and that, to the contrary, the parties would both suffer hardship absent a stay (*Id.*, ¶ 3). For these reasons, the parties request that the Court stay proceedings pending resolution of Novartis' motion to dismiss (*Id.*).

For good cause shown, the Court grants the motion (Dkt. No. 32). The Court stays all deadlines set forth in the Court's Initial Scheduling Order until such time as it has ruled on Novartis' motion to dismiss (Dkt. No. 28).

It is so ordered this 24th day of June, 2022.

_____
Kristine G. Baker
United States District Judge